# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 301 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
JOSHUA TORRES-PLAZA, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 302 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JOSHUA TORRES-PLAZA, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 303 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JOSHUA TORRES-PLAZA, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 304 EAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

JOSHUA TORRES-PLAZA,

Petitioner

:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2021, the Petition for Allowance of Appeal is **DENIED.**  The Application to Withdraw As Counsel is **DISMISSED AS MOOT**.

.